UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LOREN A. WEAVER,

        Plaintiff,

                              Case No. 1:11-cv-257

v.

                              HONORABLE PAUL L. MALONEY

THOMAS R. HAMILTON, et al.,

        Defendants.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

        Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Hunt Suedhoff Kalamaros, LLP has not filed the requisite disclosure.

        IT IS HEREBY ORDERED that defendant Hunt Suedhoff Kalamaros, LLP shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:  March 22, 2011                  _/s/ Paul L. Maloney_____
                                   Paul L. Maloney
                                   Chief United States District Judge